# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2486
LT Case No. 16-2022-CA-005486

_____

EDDIE C. HALL and JACQUELINE
C. HALL,

    Appellants,

    v.

BRANDON CHASE HOMEOWNERS
ASSOCIATION, INC.,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Eddie Hall and Jacqueline Hall, Jacksonville, pro se.

No Appearance for Appellee.

March 10, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and HARRIS, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---